FILED
2026 Jan-15 PM 04:22
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**
          **Plaintiff,**

**vs.**                                                      **Case No. 2:25-cr-257-LCB-GMB**

**COREY LAMONT GLOVER**
          **Defendant.**

## ORDER

This action is scheduled for a sentencing hearing for Defendant, Corey Lamont Glover, on **Wednesday, May 6, 2026 at 2:00 p.m.**, in the Robert S. Vance Federal Building and Courthouse, Birmingham, Alabama. Counsel is reminded that the mandatory assessment fee is due at the time of sentencing.

Federal Rules of Criminal Procedure 32(f) requires that within 14 days of receiving the presentence report from the Probation Office, the parties shall communicate in writing to the probation officer, and to each other, any objections to the presentence report.   However, if either party wishes to respond to an objection, then such response is due within 5 calendar days of the filing date of the objection. If the presentence report is amended, the parties shall have 5 calendar days (from receipt of the amended presentence  report) to respond to the amended presentence report.  In accordance with this Rule, it is hereby **ORDERED** that such objections be

filed with the Clerk of the Court and served on the Probation Office.

**Any other documents that any party wants the court to consider at the sentencing hearing including sentencing memorandums, motions, letters, etc. must be filed with the Clerk of Court at least 5 days prior to the date set for sentencing or the court may, in its discretion, (1) decline to consider the untimely-filed document(s); (2) reset the sentencing hearing; or (3) take such other action as the court deems appropriate.  Additionally, if a party plans to ask the court to hear from non-parties as part of allocution or as witnesses relating to an objection, that party shall email to the undersigned's courtroom deputy, at least 5 days prior to the date set for the sentencing, the names of all such persons and the amount of time that the party anticipates each such person will allocute or testify.**

If the defendant intends to waive the 35 day disclosure requirement pursuant to Fed. R. Crim. Proc. 32(f), the parties must file written objections within a reasonable time prior to the day of sentencing for consideration by the Court.  In the absence of exceptionally good cause, the Court will not consider objections if not made in compliance with this order.

**DONE** and **ORDERED** this January 15, 2026.

LILES C. BURKE
U.S. DISTRICT JUDGE